IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SARA STOKES | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-1128-BJ |
| | § |
| JESUS MANUEL VASQUEZ, individually and | § |
| D/B/A Dimara Trucking | § |

## FINAL JUDGMENT

Pending before the Court is Plaintiff's Notice of Nonsuit Without Prejudice, filed November 20, 2023. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(2) and 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITHOUT PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED November 20, 2023.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE